CHIEF JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR13-00168MJP |
| ) | |
| Plaintiff, ) | |
| ) | DEFENDANT DEBRA AARON'S |
| vs. ) | SUPPLEMENTAL EXHIBITS FOR |
| ) | SENTENCING |
| DEBRA A. AARON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Defendant Debra Aaron submits the attached two letters as supplemental exhibits for sentencing. They consist of letters from Samuel Aaron's primary care physician, Pamela A. Sheffield M.D., and from Mr. Aaron's oncologist, Nicholas Burwick, M.D.

    DATED this 23rd day of July, 2014.

Respectfully submitted,

*s/Timothy R. Lohraff*
Bar No. 32145
Attorney for Debra Aaron
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
206/940-6523
Lohrafflaw@gmail.com

DEFENDANT'S SUPPLEMENTAL EXHIBITS - 1
(Debra Aaron, CR13-00168-MJP)

**LAW OFFICE OF TIMOTHY LOHRAFF, P.S.**
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
(206) 940-6523
Lohrafflaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Thomas Woods & Kate Vaughan
> Assistant United States Attorney
> 700 Stewart Street, Suite 5220
> Seattle, WA 98

> Timothy R. Lohraff
> WSBA # 32145
> Attorney for Debra Aaron
> 1001 Fourth Avenue, Suite 3200
> Seattle, WA  98154
> Telephone:  (206) 940-6523
> Lohrafflaw@gmail.com

DEFENDANT'S SUPPLEMENTAL EXHIBITS - 2
(Debra Aaron, CR13-00168-MJP)

**LAW OFFICE OF TIMOTHY LOHRAFF, P.S.**
**1001 Fourth Avenue, Suite 3200**
**Seattle, WA 98154**
**(206) 940-6523**
**Lohrafflaw@gmail.com**